UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CV-117-F

| | |
|---|---|
| MICHAEL ANTHONY WILLIAMS, <br> Plaintiff, <br><br> v. <br><br> GRACE UNITED METHODIST CHURCH; CITY OF WILMINGTON; COUNTY OF NEW HANOVER; ;OLEANDERS EXXON; WAYNE'S TOWING; CECILIA WILLIAMS GRAY; and CALVIN EDWARD GRAY, <br> Defendants. | ORDER |

The Clerk of Court is DIRECTED to re-assign this case to a different district court judge.

SO ORDERED.

This, the 12th day of July, 2010.

JAMES C. FOX
Senior United States District Judge